**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Jerry Lugo, individually and on behalf** § | | |
| **of all others similarly situated,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | **Civil Action No. 4:21-cv-03697** | |
| § | | |
| **Rover's Romphouse, LLC,** § | **COLLECTIVE ACTION** | |
| § | | |
| **Defendant.** § | | |
| § | | |
| § | | |

---

### NOTICE OF SETTLEMENT

---

The Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a Settlement Agreement. The Parties intend to file closing documents as soon as practicable, but respectfully request that the Court maintain this case on its docket for an additional 30 days while they complete settlement paperwork. The Parties will notify the Court if they require additional time to submit closing documents.

Dated: February 1, 2022

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

By:    */s/ Ricardo J. Prieto*
        Ricardo J. Prieto
        Attorney-in-charge
        Texas Bar No. 24062947
        Federal ID No. 1001658
        rprieto@eeoc.net
        Melinda Arbuckle
        Texas Bar No. 24080773

1

Federal ID No. 2629125
marbuckle@eeoc.net
Shellist Lazarz Slobin LLP
11 Greenway Plaza, Suite 1515
Houston, TX 77046
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

ATTORNEYS FOR PLAINTIFF AND THE
PUTATIVE COLLECTIVE ACTION MEMBERS

## CERTIFICATE OF SERVICE

On February 1, 2022, I served all Parties through their counsel of record with a true and correct copy of this document via the Court's ECF system.

*/s/Ricardo J. Prieto*
Ricardo J. Prieto